UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TERRY D. ARMSTRONG-EL,<br><br>        Plaintiff,<br><br>  -against-<br><br>UNITED STATES OF AMERICA; UNITED STATES SUPREME COURT; UNITED STATES CONGRESS,<br><br>        Defendants. | 21-CV-7125 (LTS)<br><br>CIVIL JUDGMENT |

  Pursuant to the order issued October 14, 2021, dismissing the complaint,

  IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice for Plaintiff's failure to pay the $402.00 in filing fees or submit a completed request to proceed *in forma pauperis* and prisoner authorization. *See* 28 U.S.C. §§ 1914, 1915.

  The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

  IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated: October 14, 2021
     New York, New York

                 /s/ Laura Taylor Swain
                 LAURA TAYLOR SWAIN
               Chief United States District Judge